**Order entered August 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00958-CV

### IN THE INTEREST OF I.L.S., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655**

## ORDER

Before the Court is appellant's August 19, 2013 response to this Court's order dated August 5, 2013. We treat appellant's response as a motion for an extension of time to file his notice of appeal. We **GRANT** appellant's motion. Appellant's notice of appeal filed on July 15, 2013 is deemed timely for jurisdictional purposes. Appellant's brief is due October 4, 2013.

/s/     DAVID LEWIS
         JUSTICE